IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HARLEY E. BARNES, III (03) | CRIMINAL NO. 3:19-CR-112-K<br><br>**Filed Under Seal** |

### ORDER

On the referral of the District Judge, Doc. 93, before the Court is the *Government's Ex Parte Motion to Revoke the Pretrial Release of Defendant Harley E. Barnes, III*, Doc. 92, filed September 13, 2019. After review of the motion and its attachments:

**IT IS ORDERED** that a violator's warrant be issued and Defendant Harley E. Barnes, III, be arrested forthwith and brought before the undersigned United States magistrate judge to determine whether his conditions of pretrial release should be revoked.

**IT IS FURTHER ORDERED** that upon the arrest of Defendant Harley E. Barnes, III, the *Government's Ex Parte Motion to Revoke the Pretrial Release of Defendant Harley E. Barnes, III*, Doc. 92, be unsealed and served by an Attorney for the Government on Defendant Harley E. Barnes, III, his counsel of record, and the supervising Pretrial Services Officer.

**SO ORDERED** on September 16, 2019.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE