United States District Court
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| United States of America | § | |
| v. | § | Case 3:19-cr-00112-K |
| Harley E. Barnes, III (3) | § | |

**<u>Defendant's Response to Court's Order of March 20, 2020, Regarding the Government's Motion for an Order Authorizing the Government's Filter Team to Disclose Material to the Defendants and the Government's Prosecution Team</u>**

On January 30, 2020, the Government filed a Motion for an Order Authorizing the Government's Filter Team to Disclose Material to the Defendants and the Government's Prosecution Team (Doc # 229). As noted in the certificate of conference, Barnes objected to the motion. On March 10, 2020, the Court ordered any defendant who opposes the relief sought by the motion to file a brief in opposition no later than March 20, 2020, explaining how the defendants have standing to assert the attorney-client privilege on EarthWater's behalf.

Barnes hereby gives notice to the Court and the Government that he withdraws his objection for purposes of disclosure to Defendants and the Government's Prosecution Team but respectfully reserves his right to object at trial to the Government's use of materials the Court might deem privileged.

Respectfully submitted,

/s/ *Barry Keith Gore, Jr.*
Barry Keith Gore, Jr.
SBOT NO. 24002164
2301 Virginia Parkway
McKinney, Texas 75071
972-529-2220 (O)
972-562-2839 (F)
Keith@KeithGore.com
Attorney for Defendant Barnes

CERTIFICATE OF SERVICE

I certify that a copy of this document was delivered to all counsel of record by electronic transmission on 20 March 2020.

/s/ *Barry Keith Gore, Jr.*
Barry Keith Gore, Jr.